UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Patrick Boles,
    Petitioner,
    v.

Case No. 1:14cv903
(Barrett, J.; Litkovitz, MJ)

Warden, Chillicothe Correctional Institution,
    Respondent.

## ORDER

This matter is before the Court on petitioner's motion for the court to set a filing deadline for petitioner's reply memorandum. (Doc. 30). For good cause shown, the petitioner's motion is **hereby Granted**.

Petitioner shall have up to and including **June 20, 2018** in which to file a reply memorandum in response to respondent's return of writ filed in this matter. (Doc. 29).

**IT IS SO ORDERED**.

Date 5/22/18

awh   May 22, 2018

Karen L. Litkovitz
United States Magistrate Judge