## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

PATRICK BOLES,

            Petitioner,     :     Case No. 1:14-cv-903

  - vs -                         District Judge Michael R. Barrett
                                  Magistrate Judge Michael R. Merz

CHARLOTTE JENKINS, Warden,
  Chillicothe Correctional Institution,

                                  :

            Respondent.

## NOTICE OF THE POSSIBILITY OF CONSENT TO PLENARY MAGISTRATE JUDGE JURISDICTION

All full-time Magistrate Judges of this Court have been certified by the Court to accept references of cases under 28 U.S.C. § 636(c). Accordingly, the parties and counsel are hereby formally notified of the availability of the undersigned to accept a consent reference of this case. Under that procedure, all further matters in the case would be decided by the undersigned with any appeal taken to the Sixth Circuit Court of Appeals. Consent must be unanimous and the parties are completely free to withhold consent without any adverse substantive consequences. The parties should be aware, however, that final resolution of the case by the assigned District Judge may be delayed because the Court is waiting for the White House to fill three District Judge vacancies, one of which occurred more than two years ago. Because of the Speedy Trial Act, this Court's felony caseload, which cannot be referred to a Magistrate Judge, must take priority over post-trial matters.

1

Accordingly, not later than June 25, 2018, counsel shall communicate their decision on whether or not to consent to plenary magistrate judge jurisdiction to Deputy Clerk Kelly Kopf at 937-512-1550. Consent must be unanimous and Ms. Kopf will notify the Magistrate Judge and District Judge Barrett only if consent is unanimous.

June 18, 2018.

s/ *Michael R. Merz*<br>United States Magistrate Judge